

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Javier Vasquez

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

New York Office of the Mayor

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

CV 22-5068

**Complaint for Employment Discrimination**
Charge No: 16G-2022-00867

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☒ Yes   ☐ No
*(check one)*

GONZALEZ, J.

SCANLON, M.J.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 19 2022 ★

BROOKLYN OFFICE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: New York Office of the Mayor Attn: Legal Unit
   Street Address: 100 Church Street Room 2-173
   City and County: New York
   State and Zip Code: NY 10007
   Telephone Number: (212) 639-9675
   E-mail Address: Web online form on www1.nyc.gov/office-of-the-mayor/mayor-contact, page.

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: Javier Vasquez (individual with soul)
   Job or Title (if known): Firefighter of New York City
   Street Address: 12 Velde Court
   City and County: Montgomery
   State and Zip Code: NY 12549
   Telephone Number: (646) 361-6340
   E-mail Address (if known): Mr.j.vasq@gmail.com

   Defendant No. 2
   Name:
   Job or Title (if known):
   Street Address:
   City and County:

2

        State and Zip Code   _____

        Telephone Number   _____

        E-mail Address   _____
        (if known)

**C.**    **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

    Name           Fire Department of New York (FDNY)
    Street Address    9 Metrotech Center
    City and County   Brooklyn
    State and Zip Code NY 11201
    Telephone Number (718) 999-2000

**II.**   **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

    ☒    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

           *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

    ☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

           *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

    ☒    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

           *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

1) Code of Federal Regulations 21 CFR 85023
2) Health Insurance Portability and Accountability Act of 1996 (HIPAA)
3) The Declaration of Independence
4) First Amendment of the Constitutions of the United States of America
5) National Labor Relations Act
6) Title VII of the Civil Rights Act of 1964/1991
7) Americans with Disabilities Act of 1990
8) Cares Act

☒ Other federal law (specify the federal law): ████████

☒ Relevant state law (specify, if known): 1) Executive Law §291. Equality of Opportunity a Civil Right
2) OSH Act  3) NYS Executive Department Handbook (pg. 6, 18, 37-45)

☒ Relevant city or county law (specify, if known): 1) FDNY Equal Employment Opportunity Policy
2) NYC Human Rights Law

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes (check all that apply):

☐ Failure to hire me.
☒ Termination of my employment.
☒ Failure to promote me.
☒ Failure to accommodate my disability.
☒ Unequal terms and conditions of my employment.
☒ Retaliation.
☒ Other acts (specify): Harrassment, Phycological and Emotional Abuse.

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) August 2021 to Presant day August 16th 2022 and on going.

4

C. I believe that defendant(s) *(check one)*:

☒ is/are still committing these acts against me.

☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐ race _____

☐ color _____

☐ gender/sex _____

☒ religion  Denied 2 Religious exemptions, 2 Appeals to denials, fo Covid Mandates.

☒ national origin  National origin traces back to Biblical tribe that is my religion/beliefs discriminated on while religious exemption denial.

☐ age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*

☒ disability or perceived disability *(specify disability)*
Disabled Marine Corps Veteran on the job not accommondated for his Religious Exemption request for Covid Mandates

E. The facts of my case are as follows. Attach additional pages if needed.

Please refer to printed 2 page letter titled Facts of My Case addressed to reader Sir or Mam. →

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

Plaintiff

Javier Vasquez

12 Velde CT

Montgomery NY 12549

Facts of My Case

Dear Sir or Madam,

Facts of my case brief statement. All justifications made by the defendant refers back to the declared a national emergency by an executive order officially declared by the President of the United States of America in 2020 approved by congress, "Proclamation 9994-Declaration a National emergency Concerning the Novel Coronavirus Disease (COVID-19) outbreak", an Executive Order extended by our current United States of America President in 2022, President Biden. In that proclamation "Sec.3, General Provisions (c) This proclamation is not intended to, and does not, create any right or benefit, substantive *or procedural, enforceable at law or in equity by any party AGAINST* the United States, its **departments, agencies, or entities, its officers, employees, or agents, or any other person.**" This Proclamation states that this Declaration of National Emergency for COVID-19 does NOT grant permission and was NOT intended to create any right or benefit substantive or procedural AGAINST anyone or anything, IS NOT an enforceable Document against any party such as myself, Javier A Vasquez an **employee,** United States Citizen, **person,** peace **officer,** United States Marine Corps Veteran in the Fire **Department** of New York as the **agency it is.** This Declaration DOES NOT GIVE ANY of the United States Departments, agencies, or entities of any sorts, its officers, employees, or agents, or any other person, the right to impair Employee Rights, Citizen Rights, Human Rights, any rights or laws that fall under substantive or procedural enforceable by law PRIOR to this Declaration.

All orders created in various levels are rooted and based on the "Proclamation 9994-Declaration a National emergency Concerning the Novel Coronavirus Disease (COVID-19) outbreak" as a backing and justification to claim legal actions against individuals such as this Plaintiff not providing a covid vaccination status with the risky unethical(religiously) experimental covid vaccine DRUG, being enforced, unlawfully, when Plaintiff chose to practice his Rights as an American Citizen, etc., respectfully, legally. Defendant has in various ways been contradicting including with the coercion of taking income away, with weekly testing of the Plaintiff. A genetic testing Plaintiff never gave permission/consent to take nor voluntarily took. Defendant constantly changed orders at will verbally and made determinations based on biased judgment at official and unofficial levels passed down to Plaintiff's job until it reached me personally. An example is of the Plaintiff, me, being terminated without being put on Leave Without Pay (LWOP) but others, assumed unvaccinated such as myself or known, have been put on LWOP for a month before termination. Another contradiction would be vaccinated individuals contracting covid regardless of being vaccinated with any number of shots, still able to spread the virus to others, still coming to work sick or not, and yet remaining employed and not mandated to do weekly PCR testing like I was coerced to do

despite negative tests and 1 recent positive test that I was cleared to go back to work WITHOUT a negative test to do so. Prejudice, unequal, unethical, unamerican, disorder, harassing workplace/city environment. Plaintiff witnessed employees in Fire Department Operations Center and across the city getting sick off of the Covid vaccine and others injured off of the Covid vaccination such as brain swelling. Defendant Ignores the new vaccinated environment/trend of medical episodes that have led to more deaths within the Fire Department in comparison to the previous timeframe without the vaccination enforcement that started August 2021 but continues aiming at whoever isn't known to be vaccinated biasedly in favor for Covid vaccination only. My father was vaccinated and stated in my religious exemption request that he died shortly after receiving the dose recently, should I follow orders and take that same risk my genetic father did, while breaking my religious beliefs as ordered? No! Signs put up in NYC streets that science is the answer in the street of New York. Advertisements, broadcasting, encouraging a biased outlook with prejudice against my beliefs. Making religious citizens outcasted that created systematic prejudice across the city, which applied to me the plaintiff and still does, what will be done about this?  A one-sided bias targeting environment in and out of work, ignoring this plaintiff American federal, civil, state, city, and human rights/laws that still applies to whoever choices to practice, as I do,  Sec.3, General Provisions (c) of the Covid Proclamation, which addressed the virus to EVER be a national concern in the first place and is used as legal backing to all executive orders published by the defendant with prejudice. The plaintiff chose to practice rights and took beyond reasonable measures to express that decision. In turn, all laws and rights have been broken by the defendant. All laws that have been broken need to be addressed in this case, as the country with law and order we are supposed to be and represent!  Defendant used the proclamation in a prejudice manner and therefore turned employers, to bias illegal biased tyrants and their employees, all ignoring the plaintiff's right to practice all of his rights without being penalized. Plaintiff was/is discriminated against, criticized, striped of his career earnings/benefits and retirement. I choose to stand my ground legally and rightfully so!

Since the executive orders in August of 2021 the defendant has used its office to create hostile environments across the city and in the Fire Department of New York in varies ways i.e., public announcements, news stations, chain of command that involved my leadership at work to enforce orders, and more. This office is responsible for my hardship financially, socially, lost wages all the way through my lost retirement, emotional hardship, and more that will later be described in an impact statement as the case continues. Every day my life and dependence are affected, suffering by the actions the defendant has taken and continues to execute biasedly daily. All facts expressed pertaining to the defendant are defamation of characters this plaintiff was put into a category of, discriminatory unlawful to its very core beginning that isn't an excuse as they continue to overlook the whole proclamation so the defendant can continue to be prejudice towards the people New York, the plaintiff, myself included.

Sincerely, Firefighter, USMC Veteran, God fearing Man,

Javier Vasquez

*[signature]*

State of NJ County of Orange
The foregoing instrument was acknowledged before me this 18th day of August, 2022
by Susan Wareka, Notary Public
My Commission Expires July 30, 2026

SUSAN WAREKA
Notary Public, State of New York
Reg. No. 01WA6378511
Qualified in Orange County
Commission Expires July 30, 2026

IV.  **Exhaustion of Federal Administrative Remedies**

   A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

   04-01-2022

   B.  The Equal Employment Opportunity Commission *(check one)*:

   ☐ has not issued a Notice of Right to Sue letter.
   ☒ issued a Notice of Right to Sue letter, which I received on *(date)*

   05-26-2022

   *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

   C.  Only litigants alleging age discrimination must answer this question.

   Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

   ☐ 60 days or more have elapsed.
   ☐ less than 60 days have elapsed.

V.  **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Please refer to 2 page letter titled Relief. →

6

Plaintiff

Javier Vasquez

12 Velde CT

Montgomery NY 12549

## Relief

Civil Rights Act of 1964/1991..................................................................................................300000

HIPAA........................................................................................................................................250000

First amendment......................................................................................................................500000

Americans with Disabilities Act of 1990....................................................................................50000

Plaintiff and dependence Debt

That has not been paid due to the

Defendant's actions since 08/21-08/22

ongoing until the case verdict date:

House...........................................................................................................................................34800

Credit cards...................................................................................................................................5760

Water system loan........................................................................................................................1320

Cars................................................................................................................................................8400

Electric.............................................................................................................................................925

Military buyback buyout owed.....................................................................................................8307

Vacation leave hours owed................................................................................................(147 hours)

Tier 3 plan contribution owed bi-weekly since July 2014 $184......................................total 38272

Tier 3 plan enhancement plan contribution owed bi-weekly since July 2015

(Need confirmation on start date) ........................................................... (bi-weekly since? $129)

14.5 years left to retire at no fault job termination referencing to

2021 yearly wages paid without raise and longevities applied at

higher amount there after which renewed contract this year 2022. 102,162x14.5....1481349

Violation of Civil, City, and State law, Emotional Distress, Harassment, Coercion, Retaliation, lost wages cost of trial, Defamation of Character, max penalties and fines............................................................2000000

Find the Defendant guilty of all laws and rights mentioned in the case that have been violated. Stop biased promotion over any broadcasting system, street advertisement, gatherings, enforcing vaccines, or contradicting laws towards Citizens' Rights. The defendant must be respectful, and equal in discussions that are not decisions against anyone categorized in a class or categorized as a group of people with respect to human life, natural rights, and natural order that should not be tampered with. This will be an addition to financial relief to resolve this case. Thank you, and may Father God bless you divinely in Jesus Holy name, Yahushua, Amen.

Sincerely, Firefighter, USMC Veteran, God fearing Man,

Javier Vasquez

State of NY County of Orange
The foregoing instrument was acknowledged before me this 18th day of August, 20 22
by Susan Wareka, Notary Public
My Commission Expires July 30, 2026

SUSAN WAREKA
Notary Public, State of New York
Reg. No. 01WA6378511
Qualified in Orange County
Commission Expires July 30, 2026

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/18/, 2022.

Signature of Plaintiff
Printed Name of Plaintiff          Javier .A. Vasquez

State of NY County of Orange
The foregoing instrument was acknowledged before me this 18th day of August, 2022.
by Susan Wareka, Notary Public
My Commission Expires July 30, 2026

SUSAN WAREKA
Notary Public, State of New York
Reg. No. 01WA6378511
Qualified in Orange County
Commission Expires July 30, 2026

7

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 19 2022 ★
BROOKLYN OFFICE

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

New York District Office
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

# DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 05/26/2022

**To:** Javier Vasquez
12 Velde Court
Montgomery, NY 12549

Charge No: 16G-2022-00867

EEOC Representative and email:   Holly Shabazz
S/L Program Manager
HOLLY.SHABAZZ@EEOC.GOV

## DISMISSAL OF CHARGE

The EEOC is closing this charge because: Charging Party signed a Valid Release of Claims against Respondent.

The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By: Judy Keenan
05/26/2022

Judy Keenan
District Director

Cc: New York Office of the Mayor
    Attn: Legal Unit
    100 Church Street
    Room 2-173
    New York NY 10007

Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a FOIA Request or 2) a Section 83 request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your request for the charge file promptly to allow sufficient time for EEOC to respond and for your review. Submit a signed written request stating it is a "FOIA Request" or a "Section 83 Request" for Charge Number 16G-2022-00867 to the District Director at Judy Keenan, 33 Whitehall St 5th Floor

New York, NY 10004.

You can also make a FOIA request online at https://eeoc.arkcase.com/foia/portal/login.

Enclosure with EEOC Notice of Closure and Rights (01/22)

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA Requests and Section 83 Requests, go to: https://www.eeoc.gov/eeoc/foia/index.cfm.






**PRIORITY MAIL EXPRESS**

U.S. POSTAGE PAID
PME 1-Day
MONTGOMERY, NY 12549
AUG 18, 22
AMOUNT
$26.95
R2305K137575-03

EI 465 775 037 US

**FROM:** (PLEASE PRINT)   PHONE ( 646 361-6340
Javier Vasquez
12 Velde ct
Montgomery NY 12549

**TO:** (PLEASE PRINT)
Clerks Office
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201
Attn: Pro Se Office

ZIP+4: 11201

PO ZIP Code: 12549
Scheduled Delivery Date: 8-19-22
Postage: $26.95
Date Accepted: 8-18-22
Scheduled Delivery Time: 6:00 PM
Time Accepted: 8:53 AM
Weight: 5 ozs.
Total Postage & Fees: $26.95