# EXHIBIT A

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

NEW YORK STATE DIVISION OF
HUMAN RIGHTS on the Complaint of

JAVIER A. VASQUEZ,
                           Complainant,

v.

CITY OF NEW YORK, FIRE DEPARTMENT,
                           Respondent.

VERIFIED COMPLAINT
Pursuant to Executive Law,
Article 15

Case No.
**10214860**

Federal Charge No. 16GC200872

I, Javier A. Vasquez, residing at 12 Velde Court, Montgomery, NY, 12549, charge the above-named respondent, whose address is Attn: EEO Unit 9 Metrotech Center, 4th Floor, Brooklyn, NY, 11201-3857 with an unlawful discriminatory practice relating to employment in violation of Article 15 of the Executive Law of the State of New York (Human Rights Law) because of creed.

Date most recent or continuing discrimination took place is 10/6/2021.

The allegations are:

### Please See Attached Complaint Form

Based on the foregoing, I charge respondent with an unlawful discriminatory practice relating to employment because of creed, in violation of the New York State Human Rights Law (Executive Law, Article 15), Section 296.

I also charge the above-named respondent with violating Title VII of the Civil Rights Act of 1964, as amended (covers race, color, creed, national origin, sex relating to employment). I hereby authorize SDHR to accept this verified complaint on behalf of the U.S. Equal Employment Opportunity Commission (EEOC) subject to the statutory limitations contained in the aforementioned law(s).





NEW YORK STATE | Division of Human Rights

RECEIVED
NOV 17 2021
Brooklyn Regional Office

# Employment Discrimination Complaint Form
## (Includes Licensing, Contract Work, Internships, Volunteer Position, Discrimination by a Union)

### Instructions

1) Please fill out the complaint form, answering all of the questions. If you are filling out the form on a computer, please print it immediately when you are finished. ***You may not be able to save the completed form***. If possible, please type. If you are filling out the form by hand, please print. ***Please do not write in the margins or on the back of this form.***

**Please note: A delay could occur in the filing and the investigation of your complaint if the form is not filled out properly or if the information you provide is not legible.**

2) Notarization is no longer a requirement for this form. For those not wanting to use a notary, you can complete the declaration section after you fill out the form. The declaration option does not require notarization; you need only fill in the blanks with the date and your location (city, state), and sign the declaration. The oath section is still available, but if you use this option you will need to sign in front of a notary.

3) Attach copies of any documents that you think will help the Division investigate your case (pay stubs, letter of termination, performance evaluations, disciplinary notices, etc.).

4) Return the complaint form to the office closest to you. See below for the list of office locations. You may return the complaint by postal mail or personal delivery. You may also email your complaint to **complaints@dhr.ny.gov** or fax it to (718) 741-8322.

5) Keep a copy of your complaint, and copies of any documents that you attach, for your own records.

6) The completed complaint must be returned to the Division promptly. After the Division accepts your complaint, this form will be sent to the company or person(s) whom you are charging with discrimination.

### Time Limit for Filing

Please note: You must file your complaint within ***one year*** of the most recent act of alleged discrimination. If you were terminated, you must file within one year of the date you were first informed you would be terminated.

***If you need further assistance or require an accommodation for a disability, please call one of our offices, make an appointment for a personal meeting or visit our website at www.dhr.ny.gov/complaint. Interpreter services are also available at no cost upon request.***

### NYS Division of Human Rights Offices

**Albany**
Agency Building 1, 2nd Floor
Empire State Plaza
Albany, New York 12220
Telephone No. (518) 474-2705

**Binghamton**
44 Hawley Street, Room 603
Binghamton, New York 13901
Telephone No. (607) 721-8467

**Bronx Central Office**
One Fordham Plaza, 4th Floor
Bronx, NY 10458
Telephone No. (718) 741-8400

**Brooklyn**
55 Hanson Place, Room 304
Brooklyn, New York 11217
Telephone No. (718) 722-2385

**Buffalo**
Walter J. Mahoney State Office Bldg.
65 Court Street, Suite 506
Buffalo, New York 14202
Telephone No. (716) 847-7632

**Long Island** (Nassau)
50 Clinton Street, Suite 301
Hempstead, New York 11550
Telephone No. (516) 539-6848

**Long Island** (Suffolk)
250 Veterans Memorial Highway,
Suite 2B-49
Hauppauge, New York 11788
Telephone No. (631) 952-6434

**Manhattan**
Adam Clayton Powell Jr. State Off. Bldg.
163 West 125th Street, 4th Floor
New York, New York 10027
Telephone No. (212) 961-8650

**Office of Sexual Harassment Issues/Queens**
55 Hanson Place, Room 900
Brooklyn, New York 11217
Telephone No. (718) 722-2060

**Rochester**
One Monroe Square
259 Monroe Avenue, Suite 308
Rochester, New York 14607
Telephone No. (585) 238-8250

**Syracuse**
John J. Hughes State Office Building
333 E. Washington Street, Room 543
Syracuse, New York 13202
Telephone No. (315) 428-4633

**White Plains**
7-11 South Broadway, Suite 314
White Plains, New York 10601
Telephone No. (914) 989-3120

## What is Covered by the Human Rights Law?

| |
|---|
| The Division of Human Rights investigates complaints of employment discrimination based on: |
| **Age** (if you are at least 18 years of age; those under 18 are protected for all other characteristics listed below) |
| **Arrest Record** (that was resolved in your favor or adjourned in contemplation of dismissal or youthful offender record or sealed conviction record) |
| **Conviction Record** (only for private employers; against public employers, you must file directly in state court) |
| **Creed / Religion** (religious membership, belief, practice, or observance, including sabbath or holy day observance, or wearing of attire, clothing or facial hair in accordance with your religion; or discrimination because you do not have a religious belief) |
| **Disability** (a physical or mental condition; includes denial of reasonable accommodation) |
| **Victim of Domestic Violence** (you or your child was a victim of domestic violence; including reasonable accommodation in the form of leave time needed because of the domestic violence including medical, psychological, legal or other services, or for safety) |
| **Familial Status** (if you are pregnant, have a child, or are in the process of obtaining custody of a child, or have a child or children under age 18 in your household) |
| **Gender Identity or Expression** (actual or perceived gender-related identity, appearance, behavior, expression, or other gender-related characteristic regardless of the sex assigned to that person at birth, including, but not limited to, the status of being transgender; complaints involving the need for accommodation of gender dysphoria or other related medical condition can also be filed under disability) |
| **Marital Status** (single, married, separated, divorced, widowed) |
| **Military Status** (including military reserves or being a veteran) |
| **National Origin** (the country where you or your ancestors were born) |
| **Predisposing Genetic Characteristics** (information from a genetic test) |
| **Pregnancy-Related Condition** (a medical condition related to pregnancy or childbirth, including lactation, or denial of reasonable accommodation of such condition) |
| **Race/Color** (because you are Asian, Black, White, etc.; includes ethnicity; includes traits historically associated with race such as hair texture or hairstyle) |
| **Retaliation** (if you filed a discrimination case before, were a witness or helped someone else with a discrimination case, or opposed or reported discrimination due to category listed on this page) |
| **Sex** (because of your gender, includes sexual stereotyping, sexual harassment, pregnancy) |
| **Sexual Orientation** (heterosexual, homosexual, bisexual, asexual, whether actual or perceived) |
| **Use of Guide Dog, Hearing Dog, or Service Dog** (use of a professionally trained dog for a disability) |
| **Relationship or Association** (with a member or members of a protected category(ies) listed above) |
| The Division investigates complaints only if the discrimination is based on one or more of the above reasons. The Division cannot investigate unfair treatment that does not involve one of these reasons. If you do not see anything in this list that applies to your situation, please contact the Division of Human Rights to speak to a staff member. |

# New York State Division of Human Rights
# Employment Complaint Form



Although workers, interns and volunteers of all ages are protected, you must be 18 years or older to file a complaint. A parent, guardian or other person having legal authority to act in the minor's interests must file on behalf of a person under the age of 18.

| 1. Your contact information: | |
|---|---|
| First Name: Javier | Middle Initial/Name: A |
| Last Name: Vasquez | |
| Street Address/ PO Box: 12 Velde Court | Apt or Floor #: |
| City: Montgomery | State: NY  Zip Code: 12549 |
| If you are filing on behalf of another, provide the name of that person: | Date of birth:  Relationship: |

### 2. Regulated Areas: Check the area where the discrimination occurred:

(If you wish to file against multiple entities, for example employer and temp agency, please file a separate complaint against each.)

- ☑ Employment *(including paid internship)*
- ☐ Internship *(unpaid)*
- ☐ Contract Work *(independent contractor, or work for a contractor)*
- ☐ Volunteer Position
- ☐ by a Labor Organization
- ☐ Apprentice Training
- ☐ by a Temp or Employment Agency
- ☐ Licensing

### 3. You are filing a complaint against:

Employer, Worksite, Agency or Union Name

Fire Department of New York

Street Address/ PO Box

9 Metrotech

| City: Brooklyn | State: NY | Zip Code: 12549 |

Telephone Number: (718) 999--2000  Ext.

In what *county or borough* did the violation take place?

Brooklyn

Individual people who discriminated against you:

Name: N/A   Title: _____

Name: _____   Title: _____

If you need more space, please list them on a separate piece of paper.

### 4. Date of alleged discrimination *(must be within one year of filing)*:

The most recent act of discrimination happened on: 10 month 06 day 2021 year

### 5. For employment and internships, how many employees does this company have?

☑ 1-14   ☐ 15-19   ☐ 20 or more   ☑ Don't know

1
Complaint

| 6. Are you currently working for this company? | |
|---|---|
| ☑ Yes. Date of hire: 07 / 14 / 2021 <br>                         month   day   year | What is your position? <br> **Firefighter** |
| ☐ No. Last day of work: ___ / ___ / ___ <br>                           month   day   year | What was your position? |
| ☐ I was never hired. Date of application: ___ / ___ / ___ <br>                           month   day   year | What position did you apply for? |

**7. Basis of alleged discrimination:**
Check **ONLY** the boxes that you believe were the reasons for discrimination, and fill in specifics only for those reasons. Please look at page 2 of "Instructions" for an explanation of each type of discrimination.

| | |
|---|---|
| ☐ **Age:** Date of Birth: _____ | ☐ **Familial Status:** |
| ☐ **Arrest Record** | ☐ **Military Status:** ☐ Active Duty ☐ Reserves ☐ Veteran |
| ☐ **Conviction Record** | ☐ **Marital Status** ☐ Single ☐ Married ☐ Separated ☐ Divorced ☐ Widowed |
| ☑ **Creed/ Religion:** Please specify: Christian (Bible) | ☐ **National Origin:** Please specify: _____ |
| ☐ **Disability:** Please specify: _____ | ☐ **Predisposing Genetic Characteristic:** |
| ☐ **Domestic Violence Victim Status** | ☐ **Pregnancy-Related Condition:** Please specify: _____ |
| ☐ **Gender Identity or Expression, Including the Status of Being Transgender** | ☐ **Sexual Orientation:** Please specify: _____ |
| ☐ **Race/Color or Ethnicity:** Please specify: _____ <br> ☐ Trait historically associated with race such as hair texture or hairstyle | ☐ **Sex:** Please specify: _____ <br> Specify if the discrimination involved: ☐ Pregnancy ☐ Sexual Harassment |
| ☐ **Use of Guide Dog, Hearing Dog, or Service Dog** | |

If you believe you were treated differently after you filed or helped someone file a discrimination complaint, participated as a witness to a discrimination complaint, or opposed or reported discrimination due to any category above, check below:

☐ **Retaliation:** How did you oppose discrimination: _____

If you believe you were discriminated against because of your relationship or association with a member or members of a protected category listed above, indicate the relevant category(ies) above, and check below.

☐ **Relationship or association**

| 8. Acts of alleged discrimination: *What did the person/company you are complaining against do? Check all that apply* | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | Refused to hire me | ☑ | Gave me a disciplinary notice or negative performance review | ☐ | Denied my request for an accommodation for my disability, or pregnancy-related condition | ☐ | Sexual harassment |
| ☐ | Fired me/laid me off | ☐ | Suspended me | ☐ | Denied me an accommodation for domestic violence | ☑ | Harassed or intimidated me on any basis indicated above |
| ☐ | Demoted me | ☐ | Did not call back after lay-off | ☑ | Denied me an accommodation for my religious practices | ☐ | Denied services or treated differently by a temp or employment agency |
| ☐ | Denied me promotion/ pay raise | ☐ | Paid me a lower salary than other co-workers doing the same job | ☐ | Denied me leave time or other benefits | ☐ | Denied a license by a licensing agency |
| ☐ | Denied me training | ☐ | Gave me different or worse job duties than other workers doing the same job | ☑ | Discriminatory advertisement or inquiry or job application | ☑ | Other: Denial of Perminent Religious Exemption to all Covid Mandates |

## 9. Description of alleged discrimination

*Tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory. TYPE OR PRINT CLEARLY.*
See attached letter.

*If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form. **DO NOT WRITE IN THE MARGINS OR ON THE BACK OF THIS FORM.***

3
Complaint

To Whom it may concern:

My name is Javier Vasquez, and my Religious Beliefs/Rights/Practices have been discriminated/ violated since 10/06/2021 by my employer Fire Department of New York, FDNY. My initial application for a Religious exemption over the Covid Vaccine Mandate and other lesser prioritized Covid mandates, was on October 1st 2021. My denial letter was received on October 06, 2021. I replied to the denial with an appeal by October 26, 2021, within the original deadline set for appeals. I have also submitted a renewed Religious Exemption letter for the same exact situation and reasoning on the 27th. For that application I had not received a direct response until Octoberr 20th 2021 to which I have submitted an apeal as well for on December 19th 2021. Weekly testing has been used to single out a certain class of individuals labeled as dangerous, such as myself, which is discrimatory, prejudice, violation of Employment Policy, and violation of my american citizenship rights . While another classified set of individuals are labeled as safe, are not forced to take a test to remain employed by a taking a Nationwide/Globally controversial Vaccine, that is completely against my Religious Beliefs/Practices. A Vaccine distributed to people with a waver that has to be signed to not take any responsibilty of any posible side affects to be noted. This order issued by my Employer has caused prejudice in the workplace and biased outlooks. An example is conversations with statements that thee unvaccinated people are the reason why people keep getting sick and dying. While my fathers health deteriorating withing 2 months of taking the vaccine, is ignored as a factor. The workplace is violating my religious beliefs in the dicision to not take the vaccine, by coursing to take a vaccine with weekly testing I never consented to, forcefully submitting to the violation of my temple, weekly.   Forcing me to live in fear of termination or fear of testing positive. This is not allowing me to practice my faith in God, practice my Bible's teachings. These mandates and illegal actions taken are causing emotional stress especially with the threats of loss of pay and termination to comply with these illegal unconstitional mandates against my will.

## Signature (Declaration or Oath)

Based on the information contained in this form, I charge the herein named respondent(s) with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.

By filing this complaint, I understand that I am also filing my employment complaint with the United States Equal Employment Opportunity Commission under the Americans With Disabilities Act (covers disability related to employment), Title VII of the Civil Rights Act of 1964, as amended (covers race, color, religion, national origin, sex relating to employment), and/or the Age Discrimination in Employment Act, as amended (covers ages 40 years of age or older in employment). This complaint will protect my rights under federal law.

I hereby authorize the New York State Division of Human Rights to accept this complaint on behalf of the U.S. Equal Employment Opportunity Commission, subject to the statutory limitations contained in the aforementioned law.

I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice. (If you have another action pending and still wish to file, please contact our office to discuss.)
**PLEASE INITIAL** JAV

Human Rights Law § 297.1 requires that a complaint filed with the Division of Human Rights must be "under oath or by declaration." **You must complete either the "declaration" or "oath" sections below.** The declaration requires only your signature and does not need to be notarized. The oath requires that you sign it before a notary.

### DECLARATION

I affirm this 22 day of December (month), 2021 (year) at Brooklyn (city), NY (state), under penalties of perjury, that I am the complainant herein; that I have read (or had read to me) the foregoing complaint and know the content thereof; that the same is true of my own knowledge except as to the matters therein stated on information and belief; and that as to those matters, I believe the same to be true.

*Javier Vasquez*
[Complainant name]

### OATH

STATE OF NEW YORK )
COUNTY OF ) SS:

_____, being duly sworn, deposes and says: that I am the complainant herein; that I have read (or had read to me) the foregoing complaint and knows the content thereof; that the same is true of my own knowledge except as to the matters therein stated on information and belief; and that as to those matters, I believes the same to be true.

_____
Complainant signature

Subscribed and sworn to
before me this        day
of                 , 20

_____
Signature of Notary Public

*Please note: Once this form is completed and returned to the New York State Division of Human Rights, it becomes a legal document and an official complaint with the Division.*



**Division of Human Rights**

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

---

NEW YORK STATE DIVISION OF
HUMAN RIGHTS on the Complaint of

JAVIER A. VASQUEZ,
                              Complainant,

v.

CITY OF NEW YORK, FIRE DEPARTMENT,
                              Respondent.

DETERMINATION AND
ORDER AFTER
INVESTIGATION

Case No.
10214860

Federal Charge No. 16GC200872

---

On 11/17/2021, Javier A. Vasquez filed a verified complaint with the New York State Division of Human Rights ("Division") charging the above-named Respondent with an unlawful discriminatory practice relating to employment because of creed in violation of N.Y. Exec. Law, art. 15 (Human Rights Law).

After investigation, and following opportunity for review of related information and evidence by the named parties, the Division has determined that there is NO PROBABLE CAUSE to believe that the Respondent has engaged in or is engaging in the unlawful discriminatory practice complained of. This determination is based on the following:

The evidence gathered during the investigation of the instant complaint is not sufficient to support Complainant's allegations of unlawful discrimination.

Complainant, who is a Pentecostal Christian, states his initial accommodation request for exemption from Respondent's mandated Covid-19 vaccination policy based on his religious beliefs/practices was unjustly denied. Additionally, Complainant claims he has been singled out for discrimination based on false information that he is dangerous and unsafe because he is unvaccinated.

Respondent denies engaging in any unlawful act pursuant to the Human Rights Law and asserts its policy requiring vaccination from Covid-19 is based on a NYC mandate. While Complainant's accommodation was in fact denied, he was promptly advised of the opportunity to appeal and provided the information to do so. Respondent asserts that Complainant's

accommodation request was denied because it would pose an undue burden on Respondent. Respondent further asserts that Complainant was not discriminated against because of his religious belief or any other protected classification. Notably, the DOHMH Order made receiving a Covid-19 vaccination a qualification for employment for all Respondent employees. It is not optional or a recommendation: it is a requirement for City employment. At the time of filing, and for numerous months thereafter, Complainant continued to work for the Respondent and in the same capacity as he had prior to his religious based accommodation request because he had timely filed his request for an accommodation.

The Division's investigation revealed, and the parties agree, that the Complainant has appealed the Respondent's initial decision regarding his accommodation request. At the time of filing the instant complaint, Complainant's appeal was pending, and no adverse action had been taken against Complainant. Therefore, his claims are premature. Although his initial request for an accommodation to remain unvaccinated against Covid-19 had been denied, Complainant remained employed in his same job capacity, unvaccinated. Complainant's instant claim falls short of a *prima facie* claim under the Human Rights Law as he has not been subjected to an adverse job action, nor has he alleged actionable harassment, offensive or adverse acts surrounding his request for an accommodation. Moreover, Respondent provided non-discriminatory reasons for its actions, which were not shown to be a pretext for unlawful discrimination. The investigation supports that Respondent relied upon the DOHMH Order, which made receiving a Covid-19 vaccination a qualification for employment. Respondent asserts that denied Complainant's initial accommodation request because it could not be granted without posing an undue hardship to Respondent's operations.

The Division's investigation did not uncover sufficient evidence to establish a causal nexus between Respondent's treatment of Complainant and his creed. The record does not support a finding of Probable Cause in this case.

The complaint is therefore ordered dismissed and the file is closed.

PLEASE TAKE NOTICE that any party to this proceeding may appeal this Determination to the New York State Supreme Court in the County wherein the alleged unlawful discriminatory practice took place by filing directly with such court a Notice of Petition and Petition within sixty (60) days after service of this Determination. A copy of this Notice and Petition must also be served on all parties including General Counsel, State Division of Human Rights, One Fordham Plaza, 4th Floor, Bronx, New York 10458. DO NOT FILE THE ORIGINAL NOTICE AND PETITION WITH THE STATE DIVISION OF HUMAN RIGHTS.

Your charge was also filed under Title VII of the Civil Rights Act of 1964. Enforcement of the aforementioned law(s) is the responsibility of the U.S. Equal Employment Opportunity Commission (EEOC). You have the right to request a review by EEOC of this action. To secure review, you must request it in writing, within 15 days of your receipt of this letter, by writing to EEOC, New York District Office, 33 Whitehall Street, 5th Floor, New York, New York 10004-2112. Otherwise, EEOC will generally adopt our action in your case.

Dated: 05/03/03
Brooklyn, New York

STATE DIVISION OF HUMAN RIGHTS

By: _____
William LaMot
Regional Director