UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

------------------------------X

| | | |
|---|---|---|
| JAVIER VASQUEZ, | : | 22-CV-05068 (HG) (VMS) |
| *Plaintiff*, | : | |
| v. | : | |
| CITY OF NEW YORK – OFFICE OF THE MAYOR, | : | **ORAL ARGUMENT REQUESTED** |
| *Defendant*. | : | |

------------------------------X

# PLAINTIFF'S NOTICE OF MOTION FOR RECONSIDERATION OR REARGUMENT PURSUANT TO LOCAL CIVIL RULE 6.3

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 6.3, PLAINTIFF, through his attorney, Christina Martinez, Esq., will move this Court before the Honorable Hector Gonzalez, United States District Court for the Eastern District, at the United States District Courthouse, 225 Cadman Plaza East, Brooklyn NY 11201, on a date to be set by the Court, for an Order granting PLAINTIFF'S motion to for reconsideration or reargument of the Memorandum and Order, dated March 30, 2024, and upon reconsideration vacating the dismissal of Plaintiff's First Amendment claim and granting Plaintiff leave to amend his complaint, and for other and further relief as the Court deems just and proper. In support, PLAINTIFF submits PLAINTIFF's Memorandum of Law dated April 13, 2024, which is being filed contemporaneously with this motion and supporting exhibits, which are being filed contemporaneously with this motion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 6.1(b), responses to the moving papers shall be served upon the undersigned within fourteen days after

service of the moving papers, and that replies, if any, must be served within seven days of service of any such responses.

Dated: Staten Island, New York
April 13, 2024

Respectfully submitted,

_____
Christina Martinez, Esq.
Law Offices of Christina M. Martinez
245 Bricktown Way, Suite J
Staten Island NY 10309
T: (347) 215-4543

ChristinaMartinezEsq@gmail.com

*Attorney for the Plaintiff*

CC: Counsel of Record (via ECF)