**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

JAVIER VASQUEZ,

<table>
<tr><td>Plaintiff,</td><td>22-CV-05068 (HG) (VMS)</td></tr>
<tr><td>-against-</td><td>**Hon. Hector Gonzalez**</td></tr>
<tr><td>CITY OF NEW YORK,</td><td>**AFFIDAVIT OF JOSEPH STARNA IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT**</td></tr>
<tr><td>Defendant.</td><td></td></tr>
</table>

-------------------------------------------------------------------X

**JOSEPH STARNA**, being duly sworn, deposes and says:

1. I am a firefighter for the New York City Fire Department ("FDNY").

2. I am white and not Hispanic.

3. During the City's Vaccine Mandate, I requested a religious exemption and was denied. I was subsequently terminated.

4. I was on light duty at the time the City denied my religious exemption and terminated me.

5. I brought a state court action challenging the City's denial of my religious exemption and my subsequent termination. I won, and the New York State Court annulled the denial of my religious exemption and termination, and ordered that I be reinstated. See Index No. 526921/2022, NYSCEF Doc. No. 43, 6/28/2023.

6. I never filed a Title VII lawsuit against the City with regard to the denial of my religious exemption.

7. The City reinstated me on or about August 9, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 3, 2024

_____Nassau_____, NY

JOSEPH STARNA

Sworn to before me on this 3 day of July, 2024,
On that day JOSEPH STARNA, who I knew to be the same

NOTARY PUBLIC



Biagio V Rosano
Notary Public - State of New York
No. 01RO5070241
Qualified in Nassau County
My Commission Expires 11/17/20