**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK**

---------------------------------X

| | | |
|---|---|---|
| JAVIER VASQUEZ, | : | 22-CV-05068 (HG) (VMS) |
| *Plaintiff*, | : | |
| v. | : | |
| CITY OF NEW YORK, | : | **ORAL ARGUMENT REQUESTED** |
| *Defendant*. | : | |

---------------------------------X

### PLAINTIFF'S NOTICE OF MOTION FOR RECONSIDERATION PURSUANT TO LOCAL CIVIL RULE 6.3

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 6.3, Plaintiff Javier Vasquez, through his attorney, Christina Martinez, Esq., will move this Court before the Honorable Hector Gonzalez, United States District Court for the Eastern District, at the United States District Courthouse, 225 Cadman Plaza East, Brooklyn NY 11201, on a date to be set by the Court, for an Order granting Plaintiff's motion to for reconsideration of the Memorandum and Order, dated June 2, 2025, and upon reconsideration granting summary judgment to Plaintiff on Defendant's undue hardship defense, and for other and further relief as the Court deems just and proper. In support, Plaintiff submits a Memorandum of Law dated June 13, 2025, which is being filed contemporaneously with this motion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 6.1(b), responses to the moving papers shall be served upon the undersigned within fourteen days after service of the moving papers, and that replies, if any, must be served within seven days of service of any such responses.

Dated: Staten Island, New York
June 16, 2025

Respectfully submitted,

_____
Christina Martinez, Esq.
Law Offices of Christina M. Martinez
245 Bricktown Way, Suite J
Staten Island NY 10309
T: (347) 215-4543

ChristinaMartinezEsq@gmail.com

*Attorney for the Plaintiff*

CC: Counsel of Record (via ECF)