

245 Bricktown Way, Suite J
Staten Island, New York 10309
ChristinaMartinezEsq@gmail.com
T: (347) 215-4543
F: (718) 556-2007
*Admitted in:*
*New York & New Jersey*

November 24, 2025

*Via ECF*
Honorable Hector Gonzalez
United States District Court
Eastern District of New York

**RE:**   ***Vasquez v. City of New York***
         **No. 22-cv-05068 (HG) (VMS)**

Dear Judge Gonzalez:

The parties jointly write to inform the Court that they have reached a settlement in principle resolving all claims in this matter.

Accordingly, the parties respectfully request thirty (30) days to finalize the settlement paperwork and to file the necessary documents to dispose of the action, including a stipulation of dismissal.

We thank the Court for its time and assistance.

Respectfully submitted,

Christina Martinez, Esq.

1